# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| ANN JUANITA THOMASON, *Plaintiff*, v. CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, *Defendant*. | CASE NO. 6:15–cv–00015 ORDER JUDGE NORMAN K. MOON |

For the reasons set forth in the accompanying memorandum opinion, the Court hereby overrules Plaintiff's Objections to the Report and Recommendation of United States Magistrate Judge Robert S. Ballou (dkt. 22); adopts Judge Ballou's Report and Recommendations (dkt. 21) in full; grants the Commissioner's Motion for Summary Judgment (dkt. 16); denies Plaintiff's Motion for Summary Judgment (dkt. 14); and dismisses this action, striking it from the Court's active docket.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record, and to United States Magistrate Judge Robert S. Ballou.

Entered this 23rd day of August, 2016.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE